IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSTAFA A. WHITFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-541 GMS |
| ) | |
| WILMINGTON POLICE DEPARTMENT, ) | |
| DELAWARE ATTORNEY GENERALS ) | |
| OFFICE, ) | |
| ) | |
| Defendants. ) | |

**AUTHORIZATION**

FILED
SEP 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Mustafa A. Whitfield, SBI #317479 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.87 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated October 14, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: September 25, 2006.

_Mustafa Whitfield_
Signature of Plaintiff

I/M Mustafa Whitfield
SBI# 317479   UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 SEP 2006 PM 1 L

U.S.M.S.
X-RAY

United States District Court
844 N. King Street, Lockbox 14
Wilm, DE. 19801-3570