OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 11, 2006

TO:  Mustafa A. Whitfield
     SBI#317479
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

     **RE:  U.S. Marshal 285 Forms
          Civil No. 06-541 GMS**

Dear Mr. Whitfield:

     Please be advised that this office has received all required
U.S. Marshal 285 forms in the above referenced case.

     Your complaint along with the U.S. Marshal 285 forms will be
forwarded to the U.S. Marshal for service in accordance with the
Court's orders.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may be
alleging.

                              Sincerely,

/rpg                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Gregory M. Sleet
     U.S. Marshal
     Pro Se Law Clerk