In The United States District Court
For The District Of Delaware

Mustafa A. Whitfield
    Plaintiff

v.                     Civ. No. 06-541-GMS

Wilmington Police Department
and Delaware Attorney General's
Office

## Motion to Withdrawl

I would like to withdrawl my lawsuit against the Wilmington Police Department and reserve my right to bring it back in the futur after I change it. New things have been bought to my attention and I would rather withdrawl my complaint.

FILED
JAN 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Mustafa Whitfield
317474

1-14-07

Certificate of Service

I Mustafa A. Whitfied, states that I have caused a copy of the enclosed ~~ofmem~~ motion to be mailed to the following party by way of U.S. Postal Service


Andrea J. Faraone, Equire (I.D. #3831)
Assistant City Solicitor
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE. 19801
(302) 576-2175
Attorney for Defendant Wilmington Police Department.

I/M Mustofa Winfield
SBI# 317474    UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 JAN 2007 PM 2 T

U.S.M.S X-RAY

U.S. District Court
844 N. King Street Lock Box 18
Wilm, DE. 19801

RECEIVED
JAN 2 0 2007
Delaware Correctional Center