2/6/07

Dear U.S. District Court Clerk:

Hello! My name is Mustafa Whitfield 317479. I would like to know if I could have a copy of my District Court docket to see if the prison mailed out my legal mail and you've received it. Thank you

Mustafa Whitfield
317479



BD scanned

I/M Musirah Whitfield
SBI# 317474   UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 FEB 2007 PM 3 T

U.S.M.S. X-RAY

U.S. District Court
844 N. King Street Lockbox 18
Wilm, DE. 19801

19801+3570